

MAD
x9290

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. **'21 MJ04083** |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: |
| Armando BARRAGAN-Banuelos, | Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) Bringing in Unlawful Alien(s) Without Presentation |
| Defendant. | |

The undersigned complainant, being duly sworn, states:

On or about October 8, 2021, within the Southern District of California, Defendant Armando BARRAGAN-Banuelos, with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that aliens, namely, Julia LOPEZ-Martinez, Brigida ORTIZ-Salvador and Olivero ORTIZ-Salvador, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Gabriela Acevedo, Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 12th day of October 2021.

_____
*William V. Gallo*
HONORABLE WILLIAM V. GALLO
UNITED STATES MAGISTRATE JUDGE

## AMENDED PROBABLE CAUSE STATEMENT

The complainant states that Julia LOPEZ-Martinez, Brigida ORTIZ-Salvador and Olivero ORTIZ-Salvador, are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimonies are material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On October 8, 2021, at approximately 11:19 A.M., Armando BARRAGAN-Banuelos (Defendant) applied for admission into the United States from Mexico through the vehicle primary inspection lanes at the San Ysidro, California Port of Entry. Defendant was the driver and sole visible occupant of a white Kia Sorrento at time of inspection. Upon inspection before a Customs and Border Protection (CBP) Officer, Defendant presented his I-551 Permanent Resident Card bearing his name and likeness, stated a destination of Chula Vista, California with nothing to declare from Mexico. The primary CBP Officer was unable to inspect the vehicle in its entirety and elected to refer the vehicle to secondary for further inspection, processing and disposition.

In secondary area of operations, a CBP Officer conducted an inspection on the rear spare tire wheel well compartment area and noticed the compartment cover to be glued. The CBP Officer utilized a screwdriver tool to pry open the cover for access and discovered unidentified individuals concealed from within a non-factory compartment, attempting to elude CBP inspections. Assistance was immediately requested with other CBP Officers responding. Defendant was secured, referred and escorted into secondary pending further investigation. Responding CBP Officers removed the cover and instructed the unidentified individuals to exit the aforementioned compartment area they were stationed from within. The undocumented aliens were later identified as Julia LOPEZ-Martinez (Material Witness 1-MW1), Brigida ORTIZ-Salvador (Material Witness 2-MW2) and Olivero ORTIZ-Salvador (Material Witness 3-MW3), later determined to be nationals and citizens of Mexico, with no legal entitlements to enter, pass through or reside in the United States.

RE: U.S. v. BARRAGAN-Banuelos

At approximately 3:04 P.M. during a video-recorded interview, Defendant was advised of his Miranda Rights and elected to make a statement. Defendant denied knowledge of the individuals concealed but instead assumed he would be smuggling narcotics into the United States.

All three Material Witnesses admitted to being citizens of Mexico with no legal documents to enter the United States. Material Witnesses admitted to personally making the smuggling arrangements to be unlawfully transported into the United States. Material Witnesses admitted to an unknown smuggling payment to the human smuggling facilitators at a later date through unlawful employment in the United States. Material Witnesses denied knowing a final destination in the United States to unlawfully reside and seek gainful employment.